CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAR 04 2020

JULIA C. DUDLEY, CLERK
BY: s/ H. MCDONALD
  DEPUTY CLERK

UNITED STATES DISTRICT COURT
THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Court No. 4:20CV00015 |
| | ) |
| 697, 701, & 709 DANIEL ROAD, AXTON, VA 24054 | ) |
| | ) |

## VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

Now comes the plaintiff, United States of America, by and through its attorney, Krista Consiglio Frith, Assistant United States Attorney, and brings this Complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

### NATURE OF THE ACTION

1. This is a civil action *in rem* brought to forfeit and condemn certain real property assets to the use and benefit of the United States, pursuant to 21 U.S.C. § 881(a)(7), for violations of 21 U.S.C. §§ 841(a)(1) and 846.

### THE DEFENDANTS *IN REM*

2. The defendant is real property are known and numbered as

   a) 697, 701, and 709 Daniel Road, Axton, VA 24054 with all appurtenances, improvements, and attachments thereon, including any and all single and double-wide homes and is more fully described in Attachment A. The record owner of the defendant real property is Marianna Lea Burnette Davenport and the untitled owner is Jose Alfredo Santa Cruz Godinez.

1

## JURISDICTION AND VENUE

3. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a).

4. This Court has *in rem* jurisdiction over the defendant property under 28 U.S.C. § 1355(b).

5. Venue is proper in this district pursuant to 28 U.S.C. §1355(b)(1), because the acts giving rise to this forfeiture occurred in this district and pursuant to 28 U.S.C. § 1395, because the property is located in this district.

6. The defendant real property has not been seized but is located within this district and within the jurisdiction of the Court. The United States does not request authority from the Court to seize the defendant real property at this time. The United States will, as provided by 18 U.S.C. § 985(b)(1) and (c)(1):

   a. post notice of this action and a copy of the Complaint on the defendant real property, and

   b. serve notice of this action on the defendant real property owner, and any other person or entity who may claim an interest in the defendant, along with a copy of this Complaint, and

   c. file a lis pendens in county records of the defendant real property's status as a defendant in this *in rem* action.

## BASIS FOR FORFEITURE

7. The defendant property is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(7), as property which is used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, a violation of 21 U.S.C. § 841.

2

## FACTS

8. Local land records show Defendant 697, 701, and 709 Daniel Road, Axton, Virginia, titled in the name of Marianna Davenport since July 29, 2004.

9. Although there are three addresses for the property at 697, 701, and 709 Daniel Road, Axton, Virginia, they are effectively one piece of property with one dwelling.

10. During the past three years, Special Agents of the United States Drug Enforcement Administration (DEA) Roanoke Resident Office (RRO) have investigated the cocaine and methamphetamine trafficking activities of Jose Alfredo Santa Cruz GODINEZ and others.

11. This investigation identified a criminal Drug Trafficking Organization (DTO) that was being supplied with multiple pound quantities of cocaine and methamphetamine by the Jalisco Cartel New Generation (CJNG) in Mexico for distribution in the Axton, Virginia, area. GODINEZ is an upper-level cocaine and methamphetamine dealer within the DTO.

12. In May 2016, the Federal Bureau of Investigation (FBI) Portland, Oregon Field Division Office intercepted calls regarding a methamphetamine shipment from Francisco NUNO-URENDA to GODINEZ. The drug courier was to meet for the delivery on May 25, 2016, at Family Dollar, 3465 A.L. Philpott Highway, Axton, Virginia, and would be driving a black Ford Taurus.

13. Law enforcement observed a Nissan with Virginia license plate No. VMD-3834 arrive at the Family Dollar on May 25, 2016. The vehicle was registered to Luis Manuel GONZALEZ of 709 Daniel Road, Axton, Virginia.

14. FBI intercepted a call between NUNO-URENDA and GODINEZ indicating an undercover police offer had been observed at the Family Dollar. The courier was then instructed to stay at a local motel and make delivery the following day.

15. On May 26, 2019, the NUNO-URENDA instructed the courier to make the delivery at Gravely Salvage Yard located at 820 Daniel Road, Axton, Virginia, which is approximately 200 yards from Defendant property.

16. Law enforcement observed a red Ford truck, license plate No. TX257-207, registered to Carlos VALERIA-GONZALEZ of 709 Daniel Road, Axton, Virginia, suspiciously traveling through the area of Gravely Salvage Yard as if conducting counter surveillance.

17. Around the same time, law enforcement located the courier's black Ford Taurus parked at the Comfort Inn in Collinsville, Virginia. Law enforcement then observed two women drive the black Ford Taurus toward 709 Daniel Road, Axton, Virginia.

18. Prior to arriving at 709 Daniel Road, Axton, Virginia, Virginia State Police (VSP) conducted a traffic stop of the black Ford Taurus for a window tint violation. A search of the vehicle revealed 4.8 pounds of methamphetamine concealed in hollow, decorative, ceramic owls in the vehicle, which were intended for delivery to 709 Daniel Road, Axton, Virginia.

19. On March 23, 2017, a traffic stop in Mobile, Alabama, resulted in the seizure of $229,560 in U.S. currency. The driver of the vehicle received a text message from 276-734-7274 shortly before being pulled over, which read, "709 Daniel Rd Axton VA 24054."

20. On October 28, 2017, Marianna Davenport sold 697, 701, and 709 Daniel Road, Axton, Virginia to Graciela Santacruz-Godinez for $36,000.00 in cash.

21. Davenport and Santacruz-Godinez signed a sale agreement, but it was not recorded in local land records.

22. Santacruz-Godinez is GODINEZ's sister.

23. On December 4, 2017, Guadalupe IBARRA-Ayon drove from the Winchester, Virginia, to 709 Daniel Road, Axton, Virginia, where he obtained approximately five kilograms of cocaine.

24. On February 1, 2018, Eduardo HERNANDEZ-Sanchez drove from 1579 Robertson Ridge Road, Axton, Virginia, to 131 Kimway Drive Axton, Virginia, where he met GODINEZ, who delivered six kilograms of cocaine to HERNANDEZ-Sanchez. Law enforcement observed HERNANDEZ-Sanchez place the package of cocaine in the bed of the Chevrolet Avalanche HERNANDEZ-Sanchez was driving, and depart toward Martinsburg, West Virginia. A traffic stop initiated by VSP identified and seized the six kilograms of cocaine HERNANDEZ-Sanchez obtained from GODINEZ.

25. On February 1, 2018, law enforcement executed search warrants at 131 Kimway Drive, Axton, Virginia, 709 Daniel Road, Axton, Virginia, 1111 Hobson Road, Axton, Virginia, 485 Robertson Ridge Road, Axton, Virginia, 1579 Robertson Ridge Road, Axton, Virginia, 4345 Martin Drive, Axton, Virginia, and 4349 Martin Drive, Axton, Virginia. The search warrants yielded multiple guns, five kilograms of cocaine, and five pounds of marijuana. The search warrant at 1579 Robertson Ridge Road, Axton, Virginia yielded a hand written document, dated October 28, 2017, documenting the sale of 697, 701, 709 Daniel Road, Axton, Virginia, from Davenport to Santacruz-Godinez.

26. On August 8, 2018, DEA RRO interviewed Davenport in reference to the handwritten document.

27. Davenport rented 709 Daniel Road, Axton, Virginia, to GODINEZ for approximately twelve years.

28. During GODINEZ's rental of 709 Daniel Road, Axton, Virginia, and since his purchase of the property, he has engaged in drug distribution from 709 Daniel Road, Axton, Virginia, and used the property to facilitate and in furtherance of his drug distribution scheme.

29. These facts and additional facts are stated in the attached Declaration of Task Force Officer Christopher N. Young, DEA, and are incorporated by reference.

WHEREFORE, the United States of America prays that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the defendant property to be condemned and forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

THOMAS T. CULLEN
United States Attorney

/s/Krista Consiglio Frith
Assistant United States Attorney
Virginia Bar No. 89088
310 First Street, S.W., Room 906
Roanoke, VA 24011
Phone: (540)857-2250
Fax: (540)857-2614
krista.frith@usdoj.gov

## VERIFICATION

I am a Task Force Officer with the Drug Enforcement Agency, and one of the officers assigned the responsibility for the above-captioned matter. I have read the contents of the foregoing Complaint for Forfeiture, and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 4th day of March, 2020.

_____
Christopher N. Young
Task Force Officer, DEA

**Attachment A**

All those certain lots or parcels of real estate, situated near Axton, in Henry County, Virginia, and being bounded and described separately as follows, to-wit:

Tract #1: Beginning at a point marking the Northeast corner of a tract of land formerly conveyed to Annie Ruth Wilson, and being the Southeast corner of the tract described herein below as Tract #2, the said point being S. 89° 30' W. 101.5 feet from a point in the East line of the Old Danville Highway at the Northwest corner of the tract formerly conveyed to Annie Ruth Wilson as above mentioned; thence with the line of the property formerly conveyed by J.S. Moxley and wife, Ethel Moxley, to the said Annie Ruth Wilson, N. 89° 30' E. 267 feet to the Northeast corner of the said Annie Ruth Wilson's property; thence N. 15° 15' W. 165 feet; thence S. 89° 30' W. 267 feet to the point of beginning, containing 98/100 of an acre, more or less, as shown on a survey thereof, prepared by J. A. Trent, C.L.S., February 7, 1945.

Tract #2: All that certain tract or parcel of land containing 1.01 acres, more or less, situated near Axton, in the Iriswood District of Henry County, Virginia, being the Northern and remaining portion of a tract originally containing 1-1/2 acres, which was conveyed to the said Douglas G. Moxley by deed from L. E. Haley and wife, dated October 27, 1943, and of record in said Clerk's Office in Deed book 74, page 32, from which the said Douglas G. Moxley and wife conveyed to Annie Ruth Wilson the Southern portion thereof, containing 49/100 acre, by deed dated February 20, 1945, of record in said Clerk's Office in Deed Book 76, page 326, the land hereby conveyed being situated on the East side of the Old Danville Highway and North of the 49/100 acre tract conveyed to Annie Ruth Wilson, above mentioned;

Parcel ID: 166190001 (Prop. ID)

WESTERN DISTRICT OF VIRGINIA
ROANOKE, VIRGINIA

**AFFIDAVIT**

I, Christopher N. Young, a Task Force officer with the Drug Enforcement Administration (DEA), Department of Justice, Roanoke, VA, being duly sworn, states as follows:

1. I have been a Task Force Officer with the United States Drug Enforcement Administration (DEA) since October 2008. I am currently assigned to Enforcement Group 25, Roanoke Resident Office (RRO), of the DEA Washington Division Office and have been employed by the Henry County Sheriff's Office for over 19 years. I have received training in all areas of narcotics investigations including search and seizure laws and statutes pertaining to enforcement of the Controlled Substances Act. Since becoming a DEA Task Force Officer in 2008, I have conducted and assisted other law enforcement officers in conducting numerous narcotics investigations that have resulted in the arrest and conviction of numerous individuals.

2. I am a law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7). I am, therefore, an officer of the United States who is empowered to conduct investigations of, and to make arrests for, the offenses enumerated in Title 21. I have conducted investigations into the unlawful possession, possession with the intent to distribute, distribution of controlled substances, and the associated conspiracies in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

3. Based on my experience and training I am familiar with the methods, operations, and schemes commonly used by individuals involved in the violations of the federal controlled substances and narcotics statutes.

**FACTS AND CIRCUMSTANCES**

4. The statements in this affidavit are based in part on information provided by members of other law enforcement agencies and on my own experience and background as a

1

Task Force Officer of the DEA. Since this affidavit is being submitted for the limited purpose of a civil forfeiture complaint, I have not included each and every fact known to me concerning the investigation set forth in this affidavit. I have set forth only the facts that I believe are necessary to establish probable cause that the adjoined properties and residence thereof, identified as **697, 701 and 709 Daniel Road, Axton, Virginia** were utilized by the property owner, Jose Alfredo Santa Cruz GODINEZ, for the purposes of Conspiring to Distribute and Distributing Cocaine and Methamphetamine in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

## THE INVESTIGATION

5. During the past three years, Special Agents of the DEA RRO have conducted an investigation of cocaine and methamphetamine trafficking activities of Jose Alfredo Santa Cruz GODINEZ and others. This investigation identified Jose Alfredo Santa Cruz GODINEZ as an upper-level cocaine and methamphetamine dealer who was a member of a criminal organization that was being supplied with multiple pound quantities of cocaine and methamphetamine by the Jalisco Cartel New Generation (CJNG) in Mexico. The investigation has revealed that members of the CJNG organization actively participated in trafficking of multiple pound quantities of methamphetamine and cocaine in the Axton, Virginia area. The members of the CJNG organization contacted GODINEZ's Drug Trafficking Organization (DTO) to arrange for the purchase of cocaine and methamphetamine to be picked up by members of the organization in the Axton, Virginia area. Based on investigative results as set forth hereafter, there is probable cause to believe that GODINEZ' DTO personally utilized the adjoined properties and residence thereof, identified as **697, 701 and 709 Daniel Road, Axton, Virginia,** to Distribute Cocaine and Methamphetamine in violation of Title 21, U.S.C., Sections 841(a)(1) and 846.

6. On May 17, 2016, DEA Riverside District Office (RDO) contacted DEA RRO

2

with information of a cocaine delivery in the Danville, VA area scheduled for the following day. DEA RDO provided a photo of a red tractor trailer and a white trailer that was to make the delivery to DEA RRO. On May 18, 2016, the DEA RRO surveillance team observed the red tractor and white trailer bearing Utah tag #, 84084, registered to Sergio VALDEZ of 6809 S 2700 West Jordon, Utah, meet a silver Chevrolet Impala in Danville, VA off Route 29. The DEA RRO surveillance team then observed the red tractor trailer travel south out of Danville, VA. The DEA RRO surveillance team along with digital surveillance placed the Chevrolet Impala at **709 Daniel Road, Axton, VA.** On May 19, 2016, Intelligence obtained by DEA RDO was relayed to DEA RRO, stating VALDEZ had delivered 30 kilograms of cocaine to the courier that travelled to **709 Daniel Road, Axton, Virginia.**

7. On May 25, 2016, the Federal Bureau of Investigation (FBI) Portland, Oregon Field Division Office contacted DEA RRO in reference to a Title III investigation of Francisco NUNO-URENDA, involving a scheduled Methamphetamine delivery. Based on information received, GODINEZ had recently received 4 kilograms of cocaine from NUNO-URENDA and was the intended recipient of the Methamphetamine. Portland FBI intercepted calls that indicated the courier would be driving a black Ford Taurus and would be arriving at Family Dollar, located at 3465 A.L. Philpott Hwy, Axton, VA. During surveillance, a Nissan arrived bearing VA tag VMD-3834, registered to Luis Manuel GONZALEZ of **709 Daniel Road, Axton, Virginia.** Intercepted phone calls between NUNO-URENDA and GODINEZ indicated an undercover police officer had been observed at the Family Dollar. The information was relayed to DEA RRO and the officer left the area. Intercepted calls between NUNO-URENDA and GODINEZ, indicated the courier had gotten lost and was instructed to stay at a local motel and make the delivery the following day. On May 26, 2019, Portland FBI intercepted calls from NUNO-URENDA and the courier. The courier was instructed to make the delivery at Gravely

Salvage Yard located at 820 Daniel Road, Axton, VA, approximately 200 yards from **709 Daniel Road, Axton, VA.** During surveillance, a red Ford truck bearing VA tag, TX257-207 registered to Carlos VALERIA-GONZALEZ of **709 Daniel Road, Axton, Virginia**, was observed suspiciously traveling through the local business area nearby as if conducting counter surveillance. DEA RRO located the black Ford Taurus of the courier, bearing Georgia tag # QBR-3217, parked at Comfort Inn in Collinsville, VA. Two females were observed leaving Comfort Inn in the Ford Taurus toward **709 Daniel Road, Axton, Virginia**. The Virginia State Police (VSP) conducted a traffic stop on the black Ford Taurus for a window tint violation prior to arriving at **709 Daniel Road, Axton, Virginia**. A VSP narcotics K9 was present during the traffic stop and reacted with a positive alert for the presence of the odor of narcotics. A search of the vehicle revealed two, hollow, decorative, ceramic owls, both containing approximately 2.4 pounds of Methamphetamine intended for delivery at **709 Daniel Road, Axton, Virginia**.

8. On October 8, 2016, DEA RRO installed a pole camera with a view of the driveway to the residence of **709 Daniel Road, Axton, Virginia**. This camera was installed to aid the DEA RRO in the investigation of money and/or drug transactions of GODINEZ and co-conspirators.

9. On March 23, 2017, DEA RRO received information from DEA Columbia District Office (CDO) in reference to a traffic stop of a white Mazda 3 in Mobile, Alabama on February 22, 2017. The traffic stop resulted in a seizure of $229,560.00 in U.S. currency. An occupant in the vehicle was identified as Justin Lee HAVELKA. A download of HAVELKA's phone revealed a text message from telephone number 276-734-7274, sent to HAVEKLA just prior to the $229,560.00 seizure. On February 18, 2017, a text message from 276-734-7274 was sent to HAVEKLA's phone which read "709 Daniel Rd Axton VA 24054". DEA RRO Agents checked pole camera footage on February 18, 2017, was unable to determine, due to poor

4

lighting, if the white Mazda 3 arrived at **709 Daniel Road, Axton, Virginia.**

    10.    On December 4, 2017, the DEA RRO was notified by the DEA Winchester Resident Office (WRO) of an anticipated trip by Guadalupe IBARRA-Ayon from the Winchester, Virginia Area. IBARRA-Ayon would be driving gray 2004 Acura bearing VA tag # VPV-4606, to **709 Daniel Road, Axton, Virginia,** to obtain approximately five kilograms of suspected cocaine. On December 5, 2017, the DEA RRO established surveillance on IBARRA-Ayon when he arrived in the area. IBARRA-Ayon travelled to **709 Daniel Road, Axton, Virginia.** A red Chevrolet Impala arrived at **709 Daniel Road, Axton, Virginia** shortly after IBARRA-Ayon. Three minutes passed and the red Chevrolet Impala exited **709 Daniel Road, Axton, Virginia.** Ten minutes later, IBARRA-Ayon exited **709 Daniel Road, Axton, Virginia** and returned to Winchester, Virginia area.

    11.    On February 1, 2018, the Federal Bureau of Investigation (FBI) Martinsburg Office (MO) notified DEA RRO in reference to their Title III Investigation involving an anticipated narcotics-related trip by Eduardo HERNANDEZ-Sanchez to Axton, Virginia area to meet with the GODINEZ' DTO. DEA RRO established surveillance on HERNANDEZ-Sanchez and observed HERNANDEZ-Sanchez travelling in a black Chevrolet Avalanche, bearing WV tag # OZV-237, to 1579 Robertson Ridge Road, Axton, Virginia. DEA RRO surveillance team observed HERNANDEZ-Sanchez follow a dark blue Nissan Sentra believed to be driven by GODINEZ from 1579 Robertson Ridge Road, Axton, Virginia to 131 Kimway Drive, Axton, Virginia. DEA RRO surveillance team observed HERNANDEZ-Sanchez place a package in the rear bed area of the Chevrolet Avalanche and leave 131 Kimway Drive, Axton, Virginia after approximately 40 minutes. HERNANDEZ-Sanchez appeared to be en-route to the Martinsburg, West Virginia area. DEA RRO surveillance observed GODINEZ returned to 1579 Robertson Ridge Road, Axton, Virginia. VSP initiated a traffic stop on HERNANDEZ-Sanchez on route

220, just North of Boones Mill, Virginia. Six (6) kilograms of cocaine were seized from the rear bed area of the Chevrolet Avalanche. HERNANDEZ-Sanchez was arrested. Later that same day, FBI MO with the assistance of DEA RRO, DEA WRO, VSP, the Federal Bureau of Alcohol Tobacco Firearms and Explosives (ATFE), and multiple local agencies executed Federal search warrants at 131 Kimway Drive, Axton, Virginia, **709 Daniel Road, Axton,** Virginia, 1111 Hobson Road, Axton, Virginia, 485 Robertson Ridge Road, Axton, Virginia, 1579 Robertson Ridge Road, Axton, Virginia, 4345 Martin Drive, Axton, Virginia, and 4349 Martin Drive, Axton, Virginia. The search warrant at 131 Kimway Drive Axton, Virginia yielded five (5) kilograms of cocaine, a long gun and a .380 caliber handgun. The search warrant at 485 Robertson Ridge Road, Axton, Virginia yielded five pounds of marijuana, a shot gun and a 9mm handgun. The search warrant at 1579 Robertson Ridge Road, Axton, Virginia yielded a hand written document referencing Mariana DAVENPORT selling the adjoining properties of **697, 701, 709 Daniel Road, Axton, Virginia** [Tax I.D. #s 55.2(000)000/79 and 55.2(000)081] to Graciela SANTA CRUZ-Godinez on 10/28/2017.

12. On August 8, 2018, DEA RRO interviewed DAVENPORT in reference to the hand written document of DAVENPORT selling the adjoining properties of **697, 701, 709 Daniel Road, Axton, Virginia** [Tax I.D. #s 55.2(000)000/79 and 55.2(000)081] to Graciela SANTA CRUZ-Godinez on 10/28/2017. DAVENPORT stated she originally rented **709 Daniel Road, Axton, Virginia** to a Hispanic male she knew as "Ricardo" last name unknown (It is believed that Ricardo is Jose Alfredo Santa Cruz GODINEZ). DAVENPORT stated Ricardo rented **709 Daniel Road, Axton, Virginia** from DAVENPORT for approximately 12 years. Ricardo's sister, Graciela SANTA CRUZ-Godinez, approached her (DAVENPORT) and wanted to purchase the properties of **697/701/709 Daniel Road, Axton, Virginia** from DAVENPORT. DAVENPORT agreed to sell the adjoining properties of **697/701/709 Daniel Road, Axton,**

6

**Virginia** to SANTA CRUZ-Godinez for $36,000. DAVENPORT stated, on 10/28/2017, SANTA CRUZ-Godinez paid DAVENPORT $21,000, in cash, as a down payment for the adjoining properties of **697/701/709 Daniel Road, Axton, Virginia**, Tax I.D #s 55.2(000)000/79 and 55.2(000)081, as described on the attached hand written document. DAVENPORT stated the following week, DAVENPORT was paid the remaining $15,000, by SANTA CRUZ-Godinez, in cash, for the properties of **697/701/709 Daniel Road, Axton, Virginia**. As of the writing of this affidavit the properties of **697/701/709 Daniel Road, Axton, Virginia,** remain in DAVENPORT's name.

## CONCLUSION

13.    Based on the foregoing facts and circumstances, it is my belief that the properties located at **697/701/709 Daniel Road, Axton, Virginia**, which are joined, are owned by Jose Alfredo Santa Cruz GODINEZ and were used to facilitate the sale, receipt, possession, and concealment of methamphetamine, a controlled substance, in violation of Title 21, U.S.C., Sections, 841(a)(1) and 846. Therefore, the residences are subject to forfeiture to the United States pursuant to Title 21 United States Code, Section 881(a)(7).

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this __4th__ day of March, 2020.

*Christopher Young* (signature)
Christopher Young
Task Force Officer
Drug Enforcement Administration
Roanoke, Virginia

7

10-28-17

697 - 701 - 709    Daniel Rd. Alton VA

Tax I.D.   55.2 (000) 000 / 79
           55.2 (000) 000 / 081

Instrument # 040005284
Recorded 7/29/2004

I, Marianna Davenport am selling to: Graciela Santacruz-Godinez Tract 1 & Tract 2 of my property at 701-709 & 697 Daniel Road for the sum of 36,000.00 dollars. A 20,000.00 payment is being paid on 10-28-2017 & the balance of 15,000.00 is to be paid on 11-4-2017. This will included the house, trailer and all utilities owned by me.

*[signature]*
Marianna Davenport
Graciela Santacruz-Godinez

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States

### DEFENDANTS
697, 701, & 709 Daniel Road, Axton, VA 24054

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Krista Consiglio Frith, USAO

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

[X] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
[ ] 3 Federal Question *(U.S. Government Not a Party)*
[ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [X] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 400 State Reapportionment |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | | | [ ] 410 Antitrust |
| [ ] 140 Negotiable Instrument | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | [ ] 430 Banks and Banking |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 320 Assault, Libel & Slander | | [ ] 820 Copyrights | [ ] 450 Commerce |
| [ ] 151 Medicare Act | [ ] 330 Federal Employers' Liability | | [ ] 830 Patent | [ ] 460 Deportation |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| | [ ] 340 Marine | | | [ ] 480 Consumer Credit |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 345 Marine Product Liability / **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 160 Stockholders' Suits | [ ] 350 Motor Vehicle / [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 190 Other Contract | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | [ ] 862 Black Lung (923) | [ ] 890 Other Statutory Actions |
| [ ] 195 Contract Product Liability | [ ] 360 Other Personal Injury / [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 196 Franchise | [ ] 362 Personal Injury - Medical Malpractice / [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| | | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | [ ] 896 Arbitration |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights / **Habeas Corpus:** | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 220 Foreclosure | [ ] 441 Voting / [ ] 463 Alien Detainee | | [ ] 871 IRS—Third Party 26 USC 7609 | |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment / [ ] 510 Motions to Vacate Sentence | | | [ ] 950 Constitutionality of State Statutes |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations / [ ] 530 General | | | |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | | [ ] 462 Naturalization Application | | |
| | [ ] 446 Amer. w/Disabilities - Other / **Other:** | [ ] 465 Other Immigration Actions | | |
| | / [ ] 540 Mandamus & Other | | | |
| | [ ] 448 Education / [ ] 550 Civil Rights | | | |
| | / [ ] 555 Prison Condition | | | |
| | / [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from Another District *(specify)*
[ ] 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
21 U.S.C. 881

Brief description of cause:
Civil Forfeiture

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] Yes [X] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE
DOCKET NUMBER

DATE: 03/04/2020

SIGNATURE OF ATTORNEY OF RECORD: s/Krista Consiglio Frith

**FOR OFFICE USE ONLY**

RECEIPT #     AMOUNT     APPLYING IFP     JUDGE     MAG. JUDGE